UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROBERT NELSON,

Defendant.

Case No.: 2:10-cr-171-RCJ-LRL

**ORDER FOR PLACEMENT IN THE CARE PROGRAM**

**SUPPLEMENTAL ORDER**

Having heard the arguments of the parties, this Court will follow the recommendation that Mr. Nelson's supervised release be modified to include the following:

1. Reside in Residential Re-entry Center - You shall reside at and participate in the C.A.R.E. program of a residential re-entry center for a period of up to seven months as approved and directed by the probation officer. If you test positive for alcohol/ a controlled substance or violate the conditions of the C.A.R.E. program, you will be taken into custody for a minimum custodial period of seven days. Additionally, you shall refrain from the use and possession of any synthetic/ designer drug or any mind and/or body altering substance. Use or possession of any these synthetic/designer drugs will result in your termination from the C.A.R.E. program.

DATED: This 14th day of August, 2012.

UNITED STATES DISTRICT JUDGE

1